court entered on June 14, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY CAMPBELL EASTMAN v. GEORGE L. COURTHOPE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

M. B. GARAGE CO., INC., v. JOHN A. LITT and Another, Impleaded, etc.— Motion denied, with ten dollars costs, with leave to plaintiff to serve an amended complaint within five days from service of order upon payment of costs awarded to defendants by order of March 15, 1929. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARION E. JORDAN and Another v. McLANE SILK COMPANY, INC., and Others.— Motion denied, with ten dollars costs, with leave to defendants to answer within five days from service of order upon payment of the costs provided for in the orders of this court entered on June 7, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TWO RECTOR STREET CORPORATION v. MURRAY BEIN and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of RUTH J. LANGDON against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK.— Motion for leave to appeal denied, with ten dollars costs, and order of June 14, 1929, resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISABELLE E. BOYD v. ROBERT H. BOYD. BLANCHARD P. ATKINSON.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of ISAAC G. JOHNSON & COMPANY to Register the Title to Certain Lands in the Boroughs of Manhattan and The Bronx in the City and State of New York, Now or Formerly under the Waters of Spuyten Duyvil Creek at or Adjacent to the Confluence of the Said Spuyten Duyvil Creek with the Harlem River Ship Canal. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

OCEANIC STEAM NAVIGATION COMPANY, LTD., v. RINELLI & GUARDINO, INC.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee under the Last Will and Testament of SAMUEL WILLETS, Deceased.— Motion granted to the extent of fixing as the amount to be paid to the appellant the sum of $40.485.82. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee under the Last Will and Testament of SAMUEL WILLETS, Deceased.— Motion granted to the extent of fixing as the amount to be paid to the appellant the sum of $40,485.82. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLAYTON B. JONES and Another v. OBCANSKZ ZALOZNA V KARLINE.— Motion granted, on condition that plaintiffs on or prior to July 18, 1929, file a bond in the sum of $5,000 in support of the warrant of attachment heretofore obtained